FILED
AUG 03 2010

The Honorable Paul Papak

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| DAVE SMITH,<br><br>        Plaintiff,<br><br>v.<br><br>CONAGRA FOODS PACKAGED FOODS, LLC, a foreign corporation,<br><br>        Defendant. | CASE NO. 3:10-CV-711-PK<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY ORDERED, pursuant to the Stipulation of Dismissal entered into by the Plaintiff and the Defendant, that the Complaint filed with this Court on June 22, 2010 is hereby dismissed without prejudice, without award of costs or attorneys fees.

DATED: 8/2/10

BY THE COURT:

*Paul Papak*
U.S. MAGISTRATE JUDGE